## PEABODY v. PHELPS.

A judgment entered in vacation is void.

APPEAL from the District Court of the Seventh Judicial District, County of Solano.

In this case, judgment was entered against the defendant by the clerk, on the report of a referee, in vacation.   This was the judgment sought to be enjoined in the case of Phelps v. Peabody, decided at this term.

Defendant appealed.

*John Currey* for Appellant.

*B. C. Whitman* for Respondent.

TERRY, J., delivered the opinion of the Court—BURNETT, J., concurring.

This case comes fully within the rule established in Smith v. Chichester, 1 Cal., 409, and reiterated in Coffinberg v. Horrill et al., October T., 1855.

Judgment reversed and cause remanded.